IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Kevin L. Miller<br>  Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner<br>of Social Security,<br>  Defendant. | Civil Action No: 3:16-cv-00036<br>Judge Rice<br>Magistrate Judge Newman |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings, including developing the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, offering Plaintiff a new hearing before an Administrative Law Judge, and issuing a new decision.

Date: 8-9-16          Entered: _[signature]_